UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DERRICK MARTIN #578078          CIVIL ACTION NO. 18-cv-1401

VERSUS          JUDGE FOOTE

CLAIBORNE PARISH DETENTION CENTER, ET AL          MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgement (Doc. 45) is granted as follows: (1) all claims against Warden Johnny Sumlin and Deputy Caleb Norred are dismissed without prejudice for failure to exhaust administrative remedies and (2) all claims against the Claiborne Parish Detention Center are dismissed on the grounds that it is not a legal entity capable of being sued. It is further ordered that all claims against Assistant Warden John Goodwin are dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____17th____ day of ____September____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE